THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-143-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) **ORDER** |
| MAJOR RAY BROWN, | ) |
| Defendant. | ) |

Major Ray Brown ("Brown" or "defendant") moved for reduction of sentence [D.E. 74, 77, 79]. On February 24, 2022, Brown was released from the Bureau of Prisons. See Find an Inmate, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (search name field for "Major Ray Brown") (last visited February 28, 2022). In light of defendant's release, the motions to reduce sentence [D.E. 74, 77, 79] are DENIED AS MOOT.

SO ORDERED. This 28 day of February, 2022.

JAMES C. DEVER III
United States District Judge